**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR,<br><br>   Petitioner,<br><br> vs.<br><br>LOMPOC FEDERAL BUREAU OF PRISONS, ET AL.,<br><br>   Respondents. | CASE NO. CV 12-00827 MMM (RZ)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: August 30, 2012

             _____
             MARGARET M. MORROW
             UNITED STATES DISTRICT JUDGE