JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR,<br><br>    Petitioner,<br><br>vs.<br><br>LOMPOC FEDERAL BUREAU OF PRISONS, ET AL.,<br><br>    Respondents. | CASE NO. CV 12-00827 MMM (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of HASSAN ABPIKAR for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice as to the principal sentencing-credit claim and without prejudice as to the unexhausted nunc-pro-tunc designation claim.

DATED: August 30, 2012

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE